## WILBUR PATTON CRAMPTON *v.* STATE OF MARYLAND

[No. 144, September Term, 1980.]

*Decided June 4, 1981.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, COLE, DAVIDSON and RODOWSKY, JJ.

*Gary W. Christopher, Assistant Public Defender,* with whom was *Alan H. Murrell, Public Defender,* on the brief, for appellant.

*Richard B. Rosenblatt, Assistant Attorney General,* with whom was *Stephen H. Sachs, Attorney General,* on the brief, for appellee.

### ORDER

The petition for writ of certiorari having been granted and heard, it is this 4th day of June, 1981

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted. Mandate shall issue forthwith.